FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JAN -8 AM II: 39

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RASHEEN JAMELL BIGGINS,          )
                                 )
          Plaintiff,             )
                                 )
v.                               )          CASE NO. CV415-266
                                 )
PUBLIC DEFENDER'S OFFICE and     )
DISTRICT ATTORNEY'S OFFICE       )
                                 )
          Defendants.            )
                                 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Plaintiff's 42 U.S.C. § 1983 complaint is hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 8th day of January 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA